FILED

SEP 23 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSHUA JAMAL COLE,<br><br>  Defendant. | Case No. 19-cr-00439-YGR-1 (KAW)<br><br>**ORDER DIRECTING RETURN OF DEFENDANT TO STATE CUSTODY** |

The U.S. Marshal is ordered to return Defendant to the custody of the Contra Costa County Sheriff, David Livingston and his assistants and deputies, forthwith. The United States will submit a Petition for Writ of Habeas Corpus Ad Prosequendum to have Defendant returned to the custody of the U.S. Marshal for the Northern District of California for his appearance before the Honorable Kandis A. Westmore on September 25, 2019 at 10:30a.m. in Oakland, CA.

**IT IS SO ORDERED.**

Dated: 9/23/19

KANDIS A. WESTMORE
United States Magistrate Judge